**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Donte Javon PITT, Defendant— Appellant.**

No. 03–7876.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2004.

Decided: June 14, 2004.

Fred Warren Bennett, Michael E. Lawlor, Bennett and Lawlor, LLP, Greenbelt, Maryland, for Appellant.

Thomas M. DiBiagio, United States Attorney, Bonnie S. Greenberg, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donte Javon Pitt appeals the district court's order denying his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Pitt*, No. CR–96–36–AW (D.Md. Nov. 13, 2003). We deny Pitt's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*